# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          Case No. 15-14527

    CELESS BURTON

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/24/2015.

2) The plan was confirmed on 07/13/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/01/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 03/16/2017.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $5,200.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$5,200.00** |

## Expenses of Administration:

| | | |
|---|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $211.30 | |
| Other | $42.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,253.30** |

Attorney fees paid and disclosed by debtor:    $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Access Community Health Network | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Radiologists | Unsecured | 165.08 | NA | NA | 0.00 | 0.00 |
| AMERICAN WEB LOAN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 446.00 | 446.87 | 446.87 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,200.00 | 640.84 | 640.84 | 15.92 | 0.00 |
| COMPUTER CREDIT INC | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN CLINICAL PATHO | Unsecured | 2,167.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Secured | 4,343.00 | 4,417.09 | 4,343.00 | 345.42 | 308.77 |
| EXETER FINANCE CORP | Unsecured | NA | NA | 74.09 | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | NA | 56.18 | 56.18 | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARMONY HEALTH PARTNERS | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| Health & Renewal Internal Med | Unsecured | 106.12 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| KEYNOTE CONSULTING | Unsecured | 539.20 | 539.20 | 539.20 | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 4,016.00 | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SVCS | Unsecured | 77.60 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| MaxLend | Unsecured | 253.58 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Unsecured | 1,504.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 1,413.00 | 1,335.63 | 1,335.63 | 33.19 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 1,980.00 | 4,943.51 | 4,943.51 | 122.82 | 0.00 |
| NEUROLOGY ASSOCIATES | Unsecured | 306.30 | NA | NA | 0.00 | 0.00 |
| OPTUMRX | Unsecured | 388.88 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 384.00 | 466.58 | 466.58 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | NA | 238.11 | 238.11 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 332.00 | 354.89 | 354.89 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PHOENIX FINANCIAL SVC | Unsecured | 666.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING SPECIALISTS | Unsecured | 1,940.32 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 1,474.92 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CNT | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| SW CREDIT SYSTEMS INC | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| UNIVERISTY OF CHICAGO | Unsecured | 175.20 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHIC PHYSICIANS | Unsecured | 77.60 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MED CTR | Unsecured | 2,103.49 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NAVIENT SOLUTION | Unsecured | 1,607.00 | 4,853.55 | 4,853.55 | 120.58 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 1,607.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Wow | Unsecured | 249.20 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,343.00 | $345.42 | $308.77 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,343.00** | **$345.42** | **$308.77** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$13,949.45** | **$292.51** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | <u>$4,253.30</u> |
| Disbursements to Creditors | <u>$946.70</u> |
| **TOTAL DISBURSEMENTS** : | <u>**$5,200.00**</u> |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/17/2017                     By:/s/ Tom Vaughn
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**